

MRI Software
20800 Harvard Road, Ste 100
Cleveland, OH 44122
(216) 464-3225
Fed. ID: 27-1499509
www.mrisoftware.com

CLIENT SERVICE INVOICE
Invoice Number CS026548
Invoice Date 03/30/2010
Client ID R461999
Project ID 27661

Samia Companies, LLC - Development of custom lease documents in RM Web

### Services

| Wk Ending | Rep | Role | Description | Hours | Rate | Bill Amount |
|---|---|---|---|---|---|---|
| 3/27/2010 | D. Morgan | Tech Consultant | Samia- Custom Lease Documents | 6.00 | $195.00 | $1,170.00 |
| 4/03/2010 | D. Morgan | Tech Consultant | Samia- Custom Lease Documents | 14.00 | $195.00 | $2,730.00 |
| | | | Totals: | 20.00 | | $3,900.00 |

Disputed items must be brought to the attention of the MRI Accounting Department prior to the invoice due date for consideration.

TERMS: Net 30

| | |
|---|---|
| Invoice Total (Pre-tax) | $3,900.00 |
| Tax Amount | $0.00 |
| Invoice Total | $3,900.00 |
| Prepaid Amount | $0.00 |
| Amount Due | $3,900.00 |

---



MRI Software
20800 Harvard Road, Ste 100
Cleveland, OH 44122
(216) 464-3225
Fed. ID: 27-1499609
www.mrisoftware.com

Please return this portion with your payment payable to
MRI Software LLC

Invoice Number CS026548
Invoice Date 03/30/2010
Client ID R461999
Project ID 27661

Amount Due $3,900.00
Due By 04/29/2010

PAYMENT MUST BE IN U.S. DOLLARS

EDWARD SAAB
SAMIA COMPANIES, LLC

60 LEO BIRMINGHAM PARKWAY
BRIGHTON, MA 02135

Remit to:
MRI Software, LLC
Box 347130
Pittsburgh, PA 15251-4130



**MRI Software**
20800 Harvard Road, Ste 100
Cleveland, OH 44122
(216) 464-3225
Fed. ID: 27-1499509
www.mrisoftware.com

**CLIENT SERVICE INVOICE**
Invoice Number  CS027333
Invoice Date  04/29/2010
Client ID  R461999
Project ID  27661

Samia Companies, LLC - Development of custom lease documents in RM Web

### Services

| Wk Ending | Rep | Role | Description | Hours | Rate | Bill Amount |
|---|---|---|---|---|---|---|
| 04/03/2010 | D. Morgan | Tech Consultant | Samia- Custom Lease Documents | 18.00 | $195.00 | $3,510.00 |
| 04/10/2010 | D. Morgan | Tech Consultant | Samia- Custom Lease Documents | 28.00 | $195.00 | $5,460.00 |
| 04/17/2010 | D. Morgan | Tech Consultant | Custom RM Letters | 18.00 | $195.00 | $3,510.00 |
| | | | Totals: | 64.00 | | $12,480.00 |

Disputed items must be brought to the attention of the MRI Accounting Department prior to the invoice due date for consideration.

**TERMS: Net 30**

| | |
|---|---|
| Invoice Total (Pre-tax) | $12,480.00 |
| Tax Amount | $0.00 |
| Invoice Total | $12,480.00 |
| Prepaid Amount | $0.00 |
| Amount Due | $12,480.00 |

---



**MRI Software**
20800 Harvard Road, Ste 100
Cleveland, OH 44122
(216) 464-3225
Fed. ID: 27-1499609
www.mrisoftware.com

Please return this portion with your payment payable to
MRI Software LLC

Invoice Number  CS027333
Invoice Date  04/29/2010
Client ID  R461999
Project ID  27661

Amount Due  $12,480.00
Due By  05/29/2010

PAYMENT MUST BE IN U.S. DOLLARS

EDWARD SAAB
SAMIA COMPANIES, LLC

60 LEO BIRMINGHAM PARKWAY
BRIGHTON, MA 02135

Remit to:
MRI Software, LLC
Box 347130
Pittsburgh, PA 15251-4130